# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR86-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MARC DOLON GEE ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture.

Because the Defendant has not been sentenced, the motion is premature.

**IT IS, THEREFORE, ORDERED** that the Government's motion for final order of forfeiture is **DENIED** without prejudice.

**Signed: May 25, 2005**

Lacy H. Thornburg
United States District Judge