# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CRIMINAL NO. 1:04CR86-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| MARC DOLON GEE ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss and release property from forfeiture.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED** and the following property is hereby released from the Court's Preliminary Order of Forfeiture filed January 11, 2004:

– $18,000 in United States Currency;

– a 2001 BMW motorcycle, VIN WB10495AO1ZE51629; and

– a 1995 watercraft, 115 hp Johnson outboard motor and trailer, serial # 0-03916551.

**Signed: May 25, 2005**

Lacy H. Thornburg
United States District Judge