# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL NO.  1:04CR86-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| | ) | |
| **MARC DOLON GEE** | ) | |
| | ) | |

  **THIS MATTER** is before the Court on the Government's renewed motion for a final order of forfeiture.

  For the reasons stated in the motion,

  **IT IS, THEREFORE, ORDERED** that the Preliminary Order of Forfeiture is confirmed as final.  All right, title and interest in the real property in Hogback Township, Transylvania County, North Carolina, as recorded at Deed Book 346, Page 41, of the Registry of Deeds of Transylvania County, being 3.16 acres, is hereby **FORFEITED** to the United States for disposition according to law.

  **IT IS FURTHER ORDERED** that the United States shall satisfy and pay the mortgage of Mortgage Electronic Registration Systems, Inc.

**Signed: June 10, 2005**

Lacy H. Thornburg
United States District Judge